JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
E-FILING
2008 APR 18 P 1:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00257 PVT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. 13 Assimilating CPC 243(e) – Battery. |
| vs. | |
| TORY G. CARPENTER, | |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 18 U.S.C. Section 13 Assimilating CPC 243(e) – Battery.

    On or about 12 November 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

TORY G. CARPENTER,

1  did willfully and unlawfully use force and violence upon the person of Heather Carpenter, his
2  spouse, in violation of Title 18 United States Code, Section 13 Assimilating California Penal
3  Code 243(e), a Class A misdemeanor.

5  DATED: 4/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____
CPT Robert N. Michaels
SAUSA

INFORMATION
United States of America v. Tory G. Carpenter

**CR-08 00257 PVT**
**FILED**

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

2008 APR 18 P 1:41

**OFFENSE CHARGED**
See Attached

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT — U.S. vs.**
TORY G. CARPENTER

Address: P 12B ABRAMS CIRCLE, FORT HUNTER LIGGETT, CA 93928

Birth Date: ☑ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Seeborg on 2 June 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

**ATTACHMENT TO PENALTY SHEET**
**U.S. v. CARPENTER**

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CPC 243(e) - Battery

Penalties:   Mandatory Minimum:
  N/A

  Maximum Penalties:
  1 year imprisonment in county jail
  $2,000 fine; or both