1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
        Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
        Monterey, CA  93944
7       Telephone: (831) 242-4537

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SALINAS DIVISION
12

13 UNITED STATES OF AMERICA,           )   Criminal No.:
                                       )
14              Plaintiff,             )
                                       )   MOTION TO REISSUE SUMMONS AND
       vs.                             )   [PROPOSED] ORDER GRANTING
15                                     )   MOTION TO REISSUE SUMMONS.
   TORY G. CARPENTER,                  )
16                                     )
                Defendant.             )
17                                     )

18
        The Government hereby requests that a new summons be issued for the above named
19
   defendant.
20
        The defendant has moved to the following address: 62940 Argyle Road, King City,
21
   California 93930.
22
        The Government requests that the time, date, and location of initial hearing on the new
23
   summons be 2 June, 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000
24
   Main Street, Salinas, California.
25

26

MOTION TO REISSUE SUMMONS AND                1
[PROPOSED] ORDER GRANTING MOTION
TO REISSUE SUMMONS

The Government makes this request based on the charge specified in the Information filed with the Court on 18 April 2008, which was violation of Title 18 United States Code, Section 13 Assimilating California Penal Code 243(e) - Battery.

.

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
ROBERT N. MICHAELS
Special Assistant United States Attorney


**ORDER**

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.


Dated:  _____2008        _____
                                       HOWARD R. LLOYD
                                       United States Magistrate Judge

MOTION TO REISSUE SUMMONS AND
[PROPOSED] ORDER GRANTING MOTION
TO REISSUE SUMMONS

2