JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TORY G. CARPENTER, <br><br> Defendant. | Criminal No.: CR08-00257 PVT <br><br> MOTION TO REISSUE SUMMONS AND [PROPOSED] ORDER GRANTING MOTION TO REISSUE SUMMONS. |

    The Government hereby requests that a new summons be issued for the above named defendant.

    The defendant has moved to the following address: 62940 Argyle Road, King City, California 93930.

    The Government requests that the time, date, and location of initial hearing on the new summons be 2 June, 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.

MOTION TO REISSUE SUMMONS AND
[PROPOSED] ORDER GRANTING MOTION
TO REISSUE SUMMONS

1

1. The Government makes this request based on the charge specified in the Information filed
2. with the Court on 18 April 2008, which was violation of Title 18 United States Code, Section 13
3. Assimilating California Penal Code 243(e) - Battery.
4.
5.
6.                       JOSEPH P. RUSSONIELLO
                      United States Attorney
7.
8. /s/ Robert N. Michaels
9. ROBERT N. MICHAELS
    Special Assistant United States Attorney
10.
11.
12. **ORDER**
13. Based on the government's motion and good cause appearing,
14. IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.
15.
16. Dated: 4/23 2008
17. /s/ Howard R. Lloyd
    HOWARD R. LLOYD
18.     United States Magistrate Judge

MOTION TO REISSUE SUMMONS AND     2
[PROPOSED] ORDER GRANTING MOTION
TO REISSUE SUMMONS