1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
         Defense Language Institute – Criminal Law
6        1336 Plummer Street, Building 275
         Monterey, CA  93944
7        Telephone: (831) 242-4537
         FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 SALINAS DIVISION

13 UNITED STATES OF AMERICA,          )   Criminal No.: CR-08-00257 PVT
                                      )
14         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXCLUDING TIME
15     vs.                            )
                                      )
16 TORY G. CARPENTER,                 )
                                      )
17         Defendant.                 )
                                      )
18

19     On June 2, 2008, the parties in this case appeared before the Court for a status hearing. The

20 parties jointly requested that the case be continued from June 2, 2008, until August 4, 2008 at

21 9:30 a.m., in order to allow time for defendant's counsel to prepare for the case.  In addition, the

22 parties requested an exclusion of time under the Speedy Trial Act, from June 2, 2008 to August

23 4, 2008 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time is appropriate

24 based on the defendant's need for effective preparation of counsel.

25

26
                                              1
   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   CASE NO: CR-08-00257 PVT

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney


DATED: 5 June 2008                          /S/
                                  ROBERT N. MICHAELS
                                  Special Assistant United States Attorney


DATED:                                      /S/
                                  NICK HUMY
                                  Counsel for SANTILLAN


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 2, 2008 to August 4, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____
                                  RICHARD SEEBORG
                                  United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00257 PVT