1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-4537
       FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

**FILED**

SEP - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SALINAS DIVISION

13  UNITED STATES OF AMERICA,          )  Criminal No.: CR-08-00257 PVT
                                       )
14          Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                       )  ORDER EXCLUDING TIME
15     vs.                             )
                                       )
16  TORY G. CARPENTER,                 )
                                       )
17          Defendant.                 )
                                       )
18

19     On August 4, 2008, the parties in this case appeared before the Court for a status hearing.
20  The parties jointly requested that the case be continued from August 4, 2008, until October 6,
21  2008 at 9:30 a.m., in order to allow time for defendant's counsel to prepare for the case.  In
22  addition, the parties requested an exclusion of time under the Speedy Trial Act, from August 4,
23  2008 to October 6, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is
24  appropriate based on the defendant's need for effective preparation of counsel.

25

26

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00257 PVT

1

SO STIPULATED:               JOSEPH P. RUSSONIELLO
                             United States Attorney


DATED:                       /S/
                             ─────────────────────
                             ROBERT N. MICHAELS
                             Special Assistant United States Attorney


DATED:                       /S/
                             ─────────────────────
                             NICK HUMY
                             Counsel for CARPENTER


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 4, 2008 to October 6, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9/8/08                HOWARD R. LLOYD
                             United States Magistrate Judge